**DUANE MORRIS LLP**
**A Delaware Limited Liability Partnership**
Attorneys for Defendant Nilesh Dasondi
744 Broad Street, Suite 1200
Newark, New Jersey 07102
(973) 424-2063
ERB/4487

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. William J. Martini |
| | Cr. 09-823-001 |
| v. | |
| NILESH DASONDI, | **CONSENT ORDER RELEASING LIENS ON** |
| | **REAL PROPERTY** |
| Defendant. | |

      **THIS MATTER** having come before the Court upon the application of the Defendant, Nilesh Dasondi by his attorneys, DUANE MORRIS, LLP (Eric R. Breslin, Esq.), for an order granting modifications to Defendant's conditions of release; and the United States (Sandra L. Moser, Esq., Assistant United States Attorney) having consented to the application, and the Court having considered the reasons for the Defendant's request, and good cause having been shown.

      **IT IS** ON THIS *15* DAY OF *May* 2011 **HEREBY ORDERED** as follows:

      1.    The liens on defendant's real property located at: (i) 7208 Hana Road, Edison. New Jersey 08817, (ii) 6 Midwood Avenue, Edison, New Jersey 08820 and (iii) 4 Charles Street, Edison, New Jersey 08820, which liens were placed on those properties to secure defendant's pretrial release be, and the same hereby are, released.

HONORABLE WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: _____
        Sandra L. Moser.
        Assistant United States Attorney

DUANE MORRIS, LLP
Attorneys for Defendant Nilesh Dasondi

By: _____
        Eric R. Breslin

DMI\1696228.1